**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



## NOTICE OF INTENT TO DISMISS FOR WANT OF JURISDICTION

Appellate case name:    Joel D. Mallory, Jr. v. West Bellfort Property Owners Association

Appellate case number:   01-14-00936-CV

Trial court case number:   1039665

Trial court:    County Civil Court at Law No. 4 of Harris County

The Court has directed me to notify you, as a *pro se* appellant, that the Court may dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a). Your notice of appeal of the order granting summary judgment may not have been timely filed. *See* TEX. R. APP. P. 26.1(a)(1); TEX. R. CIV. P. 329b(a); *Powell v. Linh Nutrition Programs, Inc.*, No. 01-03-00919-CV, 2005 WL 375334, at *1 (Tex. App.—Houston [1st Dist.] Feb. 17, 2005, no pet.) (holding that deadline for appealing from trial court's order denying motion for new trial runs from date of signing of final judgment, not from date of order denying motion for new trial). Without a timely filed notice of appeal, this Court lacks jurisdiction over the appeal. *See* TEX. R. APP. P. 25.1, 26.1.

Accordingly, the Court has directed me to notify you that the Court may dismiss this appeal for want of jurisdiction unless you file a written response to this notice, providing a detailed explanation, citing relevant portions of the record, statutes, rules, and case law to show that this Court has jurisdiction over the appeal. *See* TEX. R. APP. P. 42.3(a). Any response must be filed **within 14 days** of the date of this notice. You must respond in writing even if you have previously claimed your notice of appeal was timely filed. If a meritorious response is not received in the form described above by the deadline, the Court may dismiss the appeal for want of jurisdiction without further notice.

Clerk's signature: _____
                        Clerk of the Court
Date:  March 17, 2015